HELENE N. WHITE, Circuit Judge
(concurring).
I do not agree that the district court properly granted summary judgment dismissing Lawyers Title’s interference-with-contractual-relations claim regarding the Avon Road and State Route 48 properties. The testimony established a genuine issue whether the parties had contracted for Lawyers Title’s services. I conclude, however, that the error does not warrant reversal because it had no effect on the jury’s ability to award damages for the conduct underlying the dismissed claim in light of the court’s instructions on the claims that did go to the jury. The instructions actually given to the jury allowed for a verdict in favor of Lawyers Title with respect to these contracts to the same extent an instruction on the dismissed claim would have.